IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CORNELIUS MACKEY,

      Plaintiff,

v().                                         No. 1:21-cv-01065

DILLARD'S, INC., JON NOTZ, Individually
And as Agent of Dillard's Inc., and JULIE DOE,
Individually and as Agent of Dillard's Inc.,

      Defendants.

## ENTRY OF APPEARANCE

Please take notice that Tiffany L. Roach Martin and Amanda N. Krasulick of the law firm Modrall, Sperling, Roehl, Harris & Sisk P.A. hereby enter their appearance of record on behalf of Defendants Dillard's, Inc. and Jon Notz in this matter on this 3rd day of November, 2021.

                              MODRALL, SPERLING, ROEHL, HARRIS
                                 & SISK, P.A.

                        By: */s/ Amanda N. Krasulick*
                            Tiffany L. Roach Martin
                            Amanda N. Krasulick
                            500 Fourth Street NW, Suite 1000
                            Albuquerque, New Mexico 87102
                            Telephone: 505-848-1800
                            tlr@modrall.com
                            amanda.krasulick@modrall.com
                            *Attorneys for Defendants Dillard's, Inc. and Jon Notz*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 3rd day of November, 2021, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
    & SISK, P.A.

By:*/s/ Amanda N. Krasulick*
    Amanda N. Krasulick