IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CORNELIUS MACKEY,

    Plaintiff,

v.                                                   Civ. No. 1:21-cv-01065 MIS/JHR

DILLARD'S INC., JON NOTZ,
and JULIE DOE,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS HEREBY ORDERED that all claims in this case are DISMISSED WITH PREJUDICE.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE